**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

**ZARNOFF TAYLOR**

**Petitioner,**

**-against-**

**MARK MILLER, *et al*.,**

**Respondents.**

------------------------------------------------------------ x

**1:26-cv-5167-ALC**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

Respondent is hereby order to respond to Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) by July 31, 2026.

**SO ORDERED.**

**Dated:** **July 17, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**