UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

ZARNOFF TAYLOR,

Petitioner,

-v.-

MARK MILLER,

Respondent.

---------------------------------------------------------------x

ORDER

26 Civ. 5167 (ALC) (GWG)

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

Petitioner shall file any reply to respondent's opposition to the petition on or before November 30, 2026.

SO ORDERED:

Dated: New York, New York
October 30, 2026

GABRIEL W. GORENSTEIN
United States Magistrate Judge